| CASE NAME: TWL Knowledge Group | ACCRUAL BASIS |
|---|---|
| CASE: 08-42774 | |
| JUDGE: Rhoades | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## MONTHLY OPERATING REPORTS
## MONTH ENDING: FEBRUARY 28, 2010

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCURAL BASIS-1 THROUGH ACCURAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

*[signature]*

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

<u>CFO</u>
TITLE

<u>Patrick Quinn</u>
PRINTED NAME OF RESPONSIBLE PARTY

DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER

<u>Controller</u>
TITLE

<u>Bernard Hamilton</u>
PRINTED NAME OF PREPARER

DATE

| CASE NAME: TWL Knowledge Group | | ACCRUAL BASIS-1 | | |
| --- | --- | --- | --- | --- |
| CASE: 08-42774 | | | | |

| COMPARATIVE BALANCE SHEET | | | | |
| --- | --- | --- | --- | --- |
| | SCHEDULE | MONTH | MONTH | MONTH |
| ASSETS | AMOUNT | Jan-10 | Feb-10 | Mar-10 |
| 1. UNRESTRICED CASH | | | | |
| 2. RESTRICTED CASH | | | | |
| 3. TOTAL CASH | | $125,937 | $123,896 | $0 |
| 4. ACCCOUNTS RECEIVABLE, NET | | | | |
| 5. INVENTORY | | | | $0 |
| 6. NOTES RECEIVABLE | | | | |
| 7. PREPAID EXPENSES | | | | |
| 8. OTHER (ATTACH LIST) | | | | |
| 9. TOTAL CURRENT ASSETS | | | | |
| 10. PROPERTY, PLANT, & EQUIPMENT | | | | $0 |
| 11. LESS: ACCUMULATED DEPRECIATION/DEPLETION | | | | $0 |
| 12. NET PROPERTY, PLANT & EQUIPMENT | | | | $0 |
| 13. DUE FROM INSIDERS | | | | |
| 14. OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) Capital Lease Equipment | | | | $0 |
| 15. OTHER (ATTACH LIST) | | | | |
| 16 TOTAL ASSETS | | $125,937 | $123,896 | $0 |
| POSTPETITION LIABILITIES | | | | |
| 17. ACCOUNTS PAYABLE | | | | |
| 18. TAXES PAYABLE | | | | |
| 19. NOTES PAYABLE | | | | |
| 20. PROFESSIONAL FEES | | | | |
| 21. SECURED DEBT | | | | |
| 22. OTHER (ATTACH LIST) | | | | |
| 23. TOTAL POSTPETITION LIABILITIES | | | | |
| PREPETITION LIABILITIES | | | | |
| 24. SECURED DEBT | | | | |
| 25. PRIORITY DEBT | | | | $0 |
| 26. UNSECURED DEBT | | | | $0 |
| 27. OTHER (ATTACH LIST) | | | | |
| 28. TOTAL PREPETITION LIABILITIES | | | | |
| 29. TOTAL LIABILITIES | | $0 | $0 | $0 |
| EQUITY | | | | |
| 30. PREPETITION OWNERS' EQUITY | | $125,937 | $123,896 | $0 |
| 31. POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | | | |
| 32. DIRECT CHARGES TO EQUITY (ATTACHMENT EXPLANATION) | | | | |
| 33. TOTAL EQUITY | | | | |
| 34. TOTAL LIABILITIES & OWNERS' EQUITY | | $125,937 | $123,896 | $0 |

| CASE NAME: TWL Knowledge Group | | | | ACCRUAL BASIS-2 |
|---|---|---|---|---|
| CASE: 08-42774 | | | | |

| INCOME STATEMENT | | | | |
|---|---|---|---|---|
| | MONTH | MONTH | MONTH | QUARTER total |
| REVENUES | Jan-10 | Feb-10 | Mar-10 | |
| 1. GROSS REVENUES | | | | |
| 2. LESS: RETURNS & DISCOUNTS | | | | |
| 3. NET REVENUE | | | | $0 |
| COSTS OF GOODS SOLD | | | | |
| 4. MATERIAL | | | | |
| 5. DIRECT LABOR | | | | |
| 6. DIRECT OVERHEAD | | | | |
| 7. TOTAL COST OF GOODS SOLD | | | | |
| 8. GROSS PROFIT | $0 | $0 | $0 | $0 |
| OPERATING EXPENSES | | | | |
| 9. OFFICER / INSIDER COMPENSATION | | | | $0 |
| 10. SELLING & MARKETING | | | | $0 |
| 11. GENERAL & ADMINISTRATIVE | $0 | $0 | $0 | $0 |
| 12. RENT & LEASE | | | | $0 |
| 13. OTHER (ATTACH LIST) | | | | |
| 14. TOTAL OPERATING EXPENSES | $0 | $0 | $0 | $0 |
| 15. INCOME BEFORE NON-OPERATING INCOME & EXPENSE | | | | |
| OTHER INCOME & EXPENSE | | | | |
| 16. NON-OPERATING INCOME (ATT. LIST) | $0 | $0 | $0 | $0 |
| 17. NON-OPERATING EXPENSE (ATT. LIST) | | | | |
| 18. INTEREST EXPENSE | | | | |
| 19. DEPRECIATION / DEPLETION | | | | |
| 20. AMORTIZATION | | | | |
| 21. OTHER (ATTACH LIST) | | | | |
| 22. NET OTHER INCOME & EXPENSES | | | | |
| REORGANIZATION EXPENSES | | | | |
| 23. PROFESSIONAL FEES | $0 | $0 | $0 | $0 |
| 24. U. S. TRUSTEE FEES | $0 | $0 | | $0 |
| 25. OTHER (ATTACH LIST) | | | | |
| 26. TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 | $0 |
| 27. INCOME TAX | | | | |
| 28. NET PROFIT (LOSS) | $0 | $0 | $0 | $0 |

| CASE NAME: TWL Knowledge Group | | | ACCRUAL BASIS-3 | |
|---|---|---|---|---|
| CASE: 08-42774 | | | | |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jan-10 | MONTH Feb-10 | MONTH Mar-10 | QUARTER TOTAL |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $127,589 | $125,937 | $0 | $0 |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2. CASH SALES | | | | |
| **COLLECTIONS OF ACCOUNTS RECEIVABLE** | | | | |
| 3. PREPETITON | | | | |
| 4. POSTPETITION | $0 | $959 | $0 | |
| 5. TOTAL OPERATING RECEIPTS | $0 | $959 | $0 | $0 |
| **NON-OPERATING RECEIPTS** | | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | | | | $0 |
| 7. SALE OF ASSETS | | | | |
| 8. OTHER (ATTACH LIST) | $0 | $0 | $0 | $0 |
| 9. TOTAL NON-OPERATING RECEIPTS | | | | |
| 10. TOTAL RECEIPTS | $0 | $0 | $0 | $0 |
| 11. TOTAL CASH AVAILABLE | $127,589 | $126,896 | $0 | $0 |
| **OPERATING DISBURSEMENTS** | | | | |
| 12. NET PAYROLL | $1,500 | $1,500 | | $3,000 |
| 13. PAYROLL TAXES PAID | | | | $0 |
| 14. SALES, USE & OTHER TAXES PAID | | | | $0 |
| 15. SECURED / RENTAL / LEASES | | | | $0 |
| 16. UTILITIES | | | | $0 |
| 17. INSURANCE | | | | $0 |
| 18. INVENTORY PURCHASES | | | | |
| 19. VEHICLE EXPENSES | | | | |
| 20. TRAVEL | | | | $0 |
| 21. ENTERTAINMENT | | | | |
| 22. REPAIRS & MAINTENANCE | | | | |
| 23. SUPPLIES | | | | $0 |
| 24. ADVERTISING | $0 | $0 | $0 | $0 |
| 25. OTHER (ATTACH LIST) WorkComp/401k/Garnishments | $152 | | | $152 |
| 26. TOTAL OPERATING DISBURSEMENTS | $1,652 | $1,500 | $0 | $152 |
| **REORGANIZATION EXPENSES** | | | | |
| 27. PROFESSIONAL FEES | $0 | $0 | $0 | $0 |
| 28. U.S. TRUSTEE FEES | $0 | $0 | | $0 |
| 29. OTHER (ATTACH LIST) | o | | $0.00 | $0 |
| 30. TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 | $0 |
| 31. TOTAL DISBURSEMENTS | $1,652 | $1,500 | $0 | $152 |
| 32. NET CASH FLOW | $1,652 | $3,000 | $0 | $0 |
| 33. CASH - END OF MONTH | $125,937 | $123,896 | $0 | $0 |

**CASE NAME:** TWL Knowledge Group  
**CASE:** 08-42774

**ACCRUAL BASIS - 4**

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH Oct-09 | MONTH Nov-09 | MONTH Dec-09 |
|---|---|---|---|---|
| 1. 0 - 30 | | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | | | | |
| 4. 91 + | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | | | | |
| 6. AMOUNT CONSIDERED UNCOLLECTABLE | | | | |
| 7. ACCOUNTS RECEIVABLE, NET | | | | |

**MONTH:** February-10

| AGING OF POSTPETITON TAXES AND PAYABLES | | | | | |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
| 1. FEDERAL | | | | | $0 |
| 2. STATE | | | | | $0 |
| 3. LOCAL | | | | | $0 |
| 4. OTHER (ATTACH LIST) | | | | | |
| 5. TOTAL TAXES PAYABLE | | | | | $0 |
| 6. ACCOUNTS PAYABLE | | | | | $0 |

**MONTH:** February-10

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| **FEDERAL** | | | | |
| 1. WITHHOLDING** | | | | |
| 2. FICA - EMPLOYEE** | | | | |
| 3. FICA - EMPLOYER** | | ALL PROCESSED AND PAID BY ADP | | |
| 4. UNEMPLOYMENT | | | | |
| 5. INCOME | | | | |
| 6. OTHER (ATTACH LIST) | | | | |
| 7. TOTAL FEDERAL TAXES | | | | |
| **STATE AND LOCAL** | | | | |
| 8. WITHHOLDING | | | | |
| 9. SALES | $0 | | | $0 |
| 10. EXCISE | | | | |
| 11. UNEMPLOYMENT | | | | |
| 12. REAL PROPERTY | $603,600 | | | $603,600 |
| 13. PERSONAL PROPERTY | $112,353 | | | $112,353 |
| 14. OTHER (ATTACH LIST) | | | | |
| 15. TOTAL STATE & LOCAL | | | | |
| 16. TOTAL TAXES | $715,953 | | $0 | $715,953 |

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this amount should be zero.

\*\* Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

| CASE NAME: TWL Knowledge Group | ACCRUAL BASIS-6 |
|---|---|
| CASE: 08-42774 | |
| | MONTH: November-09 |

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | INSIDERS | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | | |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTH. PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. Attorneys | | | | $497,951 | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. Landlord | $0 | | $0 |
| 2. Satellite Provider | $0 | | $0 |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | | | |

| CASE NAME: TWL Knowledge Group | | ACCRUAL BASIS-7 | |
|---|---|---|---|
| CASE: 08-42774 | | | |
| | | MONTH: | November-09 |

### QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10 | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD?   Sales Tax | X | |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |