

EOD
05/12/2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Case No. 08-42773 |
| TWL CORPORATION, *ET. AL.* § | (jointly administered) |
| § | |
| Debtors § | (Chapter 7) |

ORDER APPROVING APPLICATION TO EMPLOY AUCTIONEER

ON THIS DATE this Court considered the Application of Michelle H. Chow, the Trustee, for an order approving the employment of Rosen Systems, Inc. as auctioneer for the Chapter 7 Estate in the above-referenced case. The Application has been properly served as required by LBR 2014 and no objection to the Application has been timely filed by any party. Upon review of the Application, it appears to the Court that the proposed professional is "disinterested" as that term is defined in 11 U.S.C. §101(14) and that the proposed professional represents or holds no interest adverse to the Estate. Accordingly,

IT IS THEREFORE ORDERED that the Application is GRANTED and that the employment of Rosen Systems, Inc, in the above-referenced case is hereby APPROVED, with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed. R. Bankr. P. 2016(a) and LBR 2016.

Signed on 5/12/2010

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE